UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

GRETCHEN FERRANTE                            JURY TRIAL DEMANDED

v.                                           CASE NO.  3:14 cv

CATALYST COLLECTION SOLUTIONS LLC
PAUL PERETS

## COMPLAINT

1. This is an action pursuant to the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. §1692.

2. This Court has jurisdiction. 15 U.S.C. §1692k.

3. Plaintiff is a natural person who resides in Branford Connecticut.

4. Defendant CATALYST is a Florida limited liability company with extensive nationwide collection experience in the vacation resort ownership industry.

5. Defendant Perets is the Account Manager who (a) manages the daily collection operations of Catalyst, (b) oversees the application of the collection policies and procedures used by Catalyst and its employees and/or agents, (c) drafted, approved or ratified the form collection letters sent by Catalyst to consumers, (d) ratified the unlawful debt collection policies and procedures used by Catalyst and its employees and/or agents, (e) had knowledge of, approved, participated in, and ratified the unlawful practices used by Catalyst and its employees and/or agents to collect an alleged debt from Ms. Ferrante, and (f) signs all collection letters sent by Catalyst, including the letter sent to plaintiff.

6. Catalyst is not be licensed as a Consumer Collection Agency by the State of Connecticut, Department of Banking.

7.	Catalyst sent a collection letter to plaintiff in Branford CT regarding her alleged ownership of a vacation condo.

8.	The letter disclosed an amount that "may include . . . the cost of collections."

9.	The letter did not comply with 15 U.S.C. §1692g. *Hooks v. Forman, Holt, Eliades & Ravin, LLC*, 717 F.3d 282 (2d Cir. 2013).

10.	In the course of their collection efforts, the defendants violated the FDCPA, § 1692e, -f(1), or –g.

WHEREFORE plaintiff respectfully requests this Court to:

1. Award plaintiff $1,000 statutory damages.

2. Award the plaintiff costs of suit and a reasonable attorney's fee;

3. Award such other and further relief as law or equity may provide.

			THE PLAINTIFF

			BY_____/s/ Joanne S. Faulkner___
			JOANNE S. FAULKNER ct04137
			123 Avon Street
			New Haven, CT 06511-2422
			(203) 772-0395
			faulknerlawoffice@snet.net